Michael J. YANCEY, Petitioner–Appellant,

v.

Jeanne S. WOODFORD, Director of the California Department of Corrections; Charles Harrison, Warden of the California State Prison, Los Angeles County, Respondents–Appellees.

No. 08–15966.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 13, 2011.

Filed April 28, 2011.

Dennis P. Riordan, Riordan & Horgan, San Francisco, CA, for Petitioner–Appellant.

Dorian Jung, Esquire, Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: KOZINSKI, Chief Judge, N.R. SMITH, Circuit Judge, and BLOCK, District Judge.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.

## MEMORANDUM **

The state court could reasonably conclude that the constitutional errors at trial were harmless. Yancey therefore can't make the more difficult showing of prejudice required on collateral review. *See Fry v. Pliler,* 551 U.S. 112, 119–20, 127 S.Ct. 2321, 168 L.Ed.2d 16 (2007). State courts do not have to follow the federal procedural rule on severance, *see Collins v. Runnels,* 603 F.3d 1127, 1131–32 (9th Cir.2010), and we don't review whether the trial court's evidentiary rulings were proper under state law, *see Estelle v. McGuire,* 502 U.S. 62, 67–68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

